## 70409. BELLUSO et al. v. HALL.
(335 SE2d 884)

McMurray, Presiding Judge.

Appellee, a practicing attorney, brought suit against appellants alleging they failed to pay his fees. Following a jury trial during which appellants represented themselves, a verdict was returned in favor of appellee. Judgment was entered upon the verdict and now through counsel this appeal was taken. *Held*:

Appellants' enumerations of error only address evidentiary matters. Assuming, arguendo, the trial court erred in admitting the evidence in question, such errors were waived by appellants' failure to interpose timely objections. *Page v. State*, 167 Ga. App. 297, 298 (1) (306 SE2d 381).

*Judgment affirmed. Banke, C. J., and Benham, J., concur.*

DECIDED SEPTEMBER 12, 1985 —
REHEARING DENIED OCTOBER 2, 1985 — 

*Russell D. Waldon*, for appellants.
*Lloyd E. N. Hall*, pro se.